*W. Paul Flynn,* for the appellant (defendant).

Argued December 3—decided December 3, 1974

LINDA DELLACAMERA *v.* LOUIS DELLACAMERA

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696,

ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files his brief on or before February 3, 1975.

*Richard B. Cramer,* for the appellant (defendant).

No appearance for the appellee (plaintiff).

Argued December 3—decided December 3, 1974